IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR260 |
| vs. | |
| CURTINA MORRIS, | TENTATIVE FINDINGS |
| Defendant. | |

The Court has received the Revised Modified Presentence Investigation Report (PSR) regarding the defendant, CURTINA MORRIS. Neither the government nor CURTINA MORRIS has filed any formal objections to the PSR. *See* Order on Sentencing Schedule, ¶6. (The Court takes note that in the Addendum to the PSR, the Defendant objected to Paragraphs #41, #42, #43, #76 and #81, but did not further pursue those objections.) The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker*, 543 U.S. 220 (2005), the sentencing guidelines are advisory.

Accordingly,

IT IS ORDERED:

1.   The Court intends to adopt the PSR at the time of sentencing;

2.   If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings that adheres to the requirements of ¶ 8 of the Order on Sentencing Schedule (Filing No. 35), supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

3. Absent submission of the information required by paragraph 2 of this Order, these tentative findings are final;

3. Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing; and

4. If the parties require more than a half hour for sentencing, counsel must contact Mary Beth McFarland by e-mail, Mary Beth McFarland/NED/08/USCOURTS.

Dated this 18th day of June, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge