# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:17CR260 |
| vs. | ) | |
| CURTINA MORRIS, | ) | ORDER |
| Defendant. | ) | |

Pursuant to the hearing held on July 11, 2018, the government moves to dismiss the indictment.

**IT IS ORDERED** that the government's oral motion to dismiss the Indictment with prejudice is granted.

**DATED:** July 12, 2018.

BY THE COURT:

*Robert F. Rossiter, Jr.*
**Robert F. Rossiter, Jr.**
**United States District Court Judge**